UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COF TRAINING SERVICES, INC. | ) |
| | ) |
| Appellant, | ) |
| | ) Case No. 07-3263 |
| vs. | ) |
| | ) |
| TACS, INC. and | ) |
| TYLER TECHNOLOGIES, INC. | ) |
| | ) |
| Appellees. | ) |

ENTRY OF APPEARANCE
AND CERTIFICATE OF INTERESTED PARTIES

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for TACS, Inc. and Tyler Technologies, Inc., Appellees, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

X   There are no such parties, or any such parties have heretofore been disclosed to the court.


 /s/ Theresa a. Otto                             /s/ Molly B. Westering
Theresa A. Otto                                  Molly B. Westering
Baty, Holm & Numrich, P.C.                       Baty, Holm & Numrich, P.C.
4600 Madison Avenue, Suite 210                   4600 Madison Avenue, Suite 210
Kansas City, MO 64112                            Kansas City, MO 64112
Telephone:   816-531-7200                        Telephone:   816-531-7200
Telecopy:    816-531-7201                        Telecopy:    816-531-7201
E-Mail:  totto@batyholm.com                      E-Mail:  mwestering@batyholm.com

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was sent, via first class mail, on September 20, 2007 to Rodney K. Murrow, attorney for Appellant, Commerce Bank Building, 8700 Monrovia, Suite 208, Lenexa, Kansas 66215.

 /s/ Theresa A. Otto
Theresa A. Otto