UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## DOCKETING STATEMENT

Case Name: <u>COF TRAINING SERVICES, INC. v. TACS, INC AND TYLER TECHNOLOGIES, INC.</u>

Appeal No. (if available): <u>07-3263</u>

Court/Agency Appeal From: <u>U.S. District Court of the District of Kansas</u>

Court/Agency Docket No.: <u>5:06-cv-04144</u>

District Judge: <u>Hon. Judge Sam A. Crow</u>

Party or Parties filing Notice of Appeal/Petition: <u>Plaintiff, COF Training Services, Inc.</u>

I. **TIMELINESS OF APPEAL OR PETITION FOR REVIEW**

  A. **APPEAL FROM DISTRICT COURT**

  1. Date notice of appeal filed: <u>August 31, 2007</u>

     a. Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal: <u>No.</u>

     b. Is the United States or an officer or an agency of the United States a party to this appeal? <u>No.</u>

  2. Authority fixing time limit for filing notice of appeal:

     Fed. R. App. 4 (a)(1)(A) <u>X</u>   Fed. R. App. 4(a)(6) ____
     Fed. R. App. 4 (a)(1)(B) ____     Fed. R. App. 4(b)(1) ____
     Fed. R. App. 4 (a)(2) ____        Fed. R. App. 4(b)(3) ____
     Fed. R. App. 4 (a)(3) ____        Fed. R. App. 4(b)(4) ____
     Fed. R. App. 4 (a)(4) ____        Fed. R. App. 4(c) ____
     Fed. R. App. 4 (a)(5) ____
     Other: _____

  3. Date final judgment or order to be reviewed was filed and entered

on the district court docket: <u>August 3, 2007</u>

4. Does the judgment or order to be reviewed dispose of **all** claims by and against **all** parties? *See* Fed. R. Civ. P. 54(b).
Yes

**(If the order being appealed is not final, please answer the following questions in this section.)**

    a. If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done? _____

    b. If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. § 1292(a)? _____

    c. If none of the above applies, what is the **specific** statutory basis for determining that the judgment or order is appealable? _____

5. Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

    a. Give the filing date of any motion under Fed. R. Civ. P. 50(b), 52(b), 59, 60, including any motion for reconsideration, and in a criminal appeal any motion for judgment of acquittal, for arrest of judgment or for new trial, filed in the district court: _____

    b. Has an order been entered by the district court disposing of that motion, and, if so, when? _____

6. Bankruptcy Appeals. (To be completed only in appeals from a judgment, order or decree of a district court in a bankruptcy case or from an order of the Bankruptcy Appellate Panel.)

Are there assets of the debtor subject to administration by a district or

bankruptcy court?_____
Please state the approximate amount of such assets, if known.
_____
_____

B. **REVIEW OF AGENCY ORDER** (To be completed only in connection with petitions for review or applications for enforcement filed directly with the Court of Appeals.)

   1. Date petition for review was filed: _____

   2. Date of the order to be reviewed: _____

   3. Specify the statute or other authority granting the court of appeals jurisdiction to review the order: _____
   _____

   4. Specify the time limit for filing the petition (cite specific statutory section or other authority): _____
   _____

C. **APPEAL OF TAX COURT DECISION**

   1. Date notice of appeal was filed: _____
      (If notice was filed by mail, attach proof of postmark.)

   2. Time limit for filing notice of appeal: _____

   3. Date of entry of decision appealed: _____

   4. Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when? *See* Fed. R. App. P. 13(a) _____

II. **LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT WITH APPROPRIATE CITATION(S).** If none, please so state.

None.

III. **GIVE A BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW.**

Contract/breach of warranty action related to purchase of defective software and failure to remedy same. District incorrectly dismissed on statute of limitations grounds.

IV. **ISSUES RAISED ON APPEAL.**

Whether the District Court erred in dismissing Plaintiff/Appellant's claims?

Whether the District Court erred in refusing to allow Plaintiff/Appellant to proceed and present evidence of equitable tolling?

Whether the District Court erred in finding that the statute of limitations had run?

Whether the District Court applied the proper standards of review in ruling on Defendants/Appellees' motion to dismiss?

V. **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

    A.    Does this appeal involve review under 18. U.S.C. § 3742(a) or (b) of the sentence imposed? _____

    B.    If the answer to question in A is yes, does the defendant also challenge the judgment of conviction? _____

    C.    Describe the sentence imposed. _____

    D.    Was the sentence imposed after a plea of guilty? _____

    E.    Is defendant on probation or at liberty pending appeal? _____

**NOTE:** In the event expedited review is requested, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal. Necessary transcripts must be ordered at the time of appeal by completing and delivering the transcript order form to the clerk of the district court when a notice of appeal is filed. Defendant/appellant must refrain from ordering any unnecessary transcript as this will delay the appeal. If the court orders this appeal expedited, it will set a schedule for preparation of necessary transcripts, for designation and preparation of the record on appeal, and for filing briefs. If issues other than sentencing are raised by this appeal, the court will decide whether bifurcation is desirable.

VI. **INDICATE WHETHER ORAL ARGUMENT IS DESIRED IN THIS APPEAL.** If so, please state why.

No.

VII. **ATTORNEY FILING DOCKETING STATEMENT:**

Name: <u>Rodney K. Murrow</u> Telephone: <u>(913) 227-0100</u>

Firm: <u>Law Office of Rodney K. Murrow, PA</u>
Address: <u>Commerce Bank Building</u>
<u>8700 Monrovia, Suite 208</u>
<u>Lenexa, KS 66215</u>

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

A.  X  Appellant

☐  Petitioner

☐  Cross-Appellant

B. **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS**

    X    Retained Attorney

    ☐    Court-Appointed

    ☐    Employed by a government entity
           (please specify_____)

    ☐    Employed by the Office of the Federal Public Defender.

/s/ Rodney K. Murrow       September 28, 2007
Signature                       Date

    X    Attorney at Law

**NOTE:** A copy of the court or agency docket sheet, the final judgment or order appealed from, any pertinent findings and conclusions, opinions, or orders, any motion filed under Fed. R. Civ. P. 50(b), 52(b), 59, or 60, including any motion for reconsideration, for judgment of acquittal, for arrest of judgment, or for new trial, and the dispositive order(s), any motion for extension of time to file notice of appeal and the dispositive order, and the notice of appeal or petition for review **must be attached to all copies of the Docketing Statement**, except as otherwise provided in Section I of the instructions.

The original and four copies of this Docketing Statement must be filed.

This Docketing Statement must be accompanied by proof of service.

The following Certificate of Service may be used.

## CERTIFICATE OF SERVICE

I, <u>Rodney K. Murrow</u> hereby certify that on <u>September 28, 2007</u> I sent a copy of the foregoing **Docketing Statement,** to: Theresa A. Otto, at BATY, HOLM & NUMRICH, 4600 Madison Ave., Suite 210, Kansas City, MO 64112, the last known address, by way of United States mail or courier.

<u>/s/ Rodney K. Murrow</u>
Signature
<u>September 28, 2007</u>
Dated signed

Rodney K. Murrow, Esq. #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com