APPEAL, PROTO

# U.S. District Court
## District of Kansas (Topeka)
### CIVIL DOCKET FOR CASE #: 5:06-cv-04144-SAC-KGS

COF Training Services, Inc. v. TACS, INC.  
Assigned to: Senior Judge Sam A. Crow  
Referred to: Magistrate Judge K. Gary Sebelius  
Demand: $75,000  
Case in other court: Franklin County District Court, 06C184  
Cause: 28:1441 Petition for Removal- Contract Dispute  

Date Filed: 12/27/2006  
Date Terminated: 08/03/2007  
Jury Demand: None  
Nature of Suit: 195 Contract Product Liability  
Jurisdiction: Diversity  

**Plaintiff**

**COF Training Services, Inc.**   represented by **Rodney K. Murrow**
Law Office of Rodney K. Murrow
Commerce Bank Bldg
8700 Monrovia Ste 208
Lenexa, KS 66215
913-227-0100
Fax: 913-227-0149
Email: MurrowLaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TACS, INC.**   represented by **Molly B. Westering**
Baty, Holm & Numrich, PC - KC
210 Plaza West Building
4600 Madison Avenue
Kansas City, MO 64112
816-531-7200
Fax: 816-531-7201
Email: mwestering@batyholm.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theresa A. Otto**
Baty, Holm & Numrich, PC - KC

                                          210 Plaza West Building
                                          4600 Madison Avenue
                                          Kansas City, MO 64112
                                          816-531-7200
                                          Fax: 816-531-7201
                                          Email: totto@batyholm.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

Tyler Technologies, Inc.        represented by  **Molly B. Westering**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Theresa A. Otto**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2006 | 1 | NOTICE OF REMOVAL by TACS, INC. and Tyler Technologies, Inc., from Franklin County District Court, case number 06C184. (Attachments: # 1 Exhibit A Franklin County District Court Petition)(sal) (Entered: 12/28/2006) |
| 12/27/2006 | 2 | DESIGNATION OF PLACE OF TRIAL filed by Defendants TACS, INC. and Tyler Technologies, Inc., - trial to be held in Topeka. (sal) (Entered: 12/28/2006) |
| 12/27/2006 |   | FILING FEE PAID: in the amount of $350.00, receipt number T4631001037 (sal) (Entered: 12/28/2006) |
| 01/04/2007 | 3 | *Defendants'* ANSWER to Complaint by Tyler Technologies, Inc., TACS, INC..(Otto, Theresa) (Entered: 01/04/2007) |
| 01/05/2007 | 4 | ORDER SETTING TELEPHONE SCHEDULING CONFERENCE: Telephone Scheduling Conference set for 2/14/2007 at 01:30 PM before Magistrate Judge K. Gary Sebelius. Report of Parties Planning Meeting deadline 2/7/2007. See text of order for full details. Signed by Magistrate Judge K. Gary Sebelius on 1/5/2007.(sa) (Entered: 01/05/2007) |
| 01/16/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Tyler Technologies, Inc., TACS, INC. identifying TACS, Inc. as corporate parent. (Otto, Theresa) (Entered: 01/16/2007) |

| | | |
|---|---|---|
| 02/01/2007 | 6 | ORDER RE-SETTING TELEPHONE SCHEDULING CONFERENCE: Telephone Scheduling Conference re-set for 2/15/2007 at 09:30 AM before Magistrate Judge K. Gary Sebelius. Report of Parties Planning Meeting deadline 2/7/2007.Signed by Magistrate Judge K. Gary Sebelius on 2/1/2007.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(sa) (Entered: 02/01/2007) |
| 02/14/2007 | 7 | CERTIFICATE OF SERVICE of Defendants' Rule 26(a) Disclosures by Tyler Technologies, Inc., TACS, INC.. (Otto, Theresa) (Entered: 02/14/2007) |
| 02/14/2007 | 8 | CERTIFICATE OF SERVICE of Rule 26 Initial Disclosures by COF Training Services, Inc. (Murrow, Rodney) Modified on 2/15/2007 to correct filed date (daw). (Entered: 02/15/2007) |
| 02/15/2007 | 9 | Minute Entry for proceedings held before Magistrate Judge K. Gary Sebelius: Telephone Scheduling Conference held on 2/15/2007. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sa) (Entered: 02/15/2007) |
| 02/15/2007 | 10 | SCHEDULING ORDER: estimated trial time 4 trial days. See text of order for full details. Discovery deadline 11/2/2007. Dispositive motion deadline 12/7/2007. Mediation deadline 8/31/2007. Proposed Pretrial Order due by 11/16/2007. Final Pretrial Conference set for 11/16/2007 at 09:30 AM before Magistrate Judge K. Gary Sebelius. Signed by Magistrate Judge K. Gary Sebelius on 2/15/2007.(sa) (Entered: 02/15/2007) |
| 03/16/2007 | 11 | PROTECTIVE ORDER entered. See text of order for full details. Signed by Magistrate Judge K. Gary Sebelius on 3/16/2007.(sa) (Entered: 03/16/2007) |
| 03/30/2007 | 12 | MOTION to Dismiss by Defendants Tyler Technologies, Inc., TACS, INC. (Otto, Theresa) (Entered: 03/30/2007) |
| 03/30/2007 | 13 | MEMORANDUM IN SUPPORT of 12 MOTION to Dismiss by Defendants Tyler Technologies, Inc., TACS, INC.(Otto, Theresa) (Entered: 03/30/2007) |
| 04/20/2007 | 14 | RESPONSE by Plaintiff COF Training Services, Inc. re 12 MOTION to Dismiss (Murrow, Rodney) (Entered: 04/20/2007) |
| 04/20/2007 | 15 | MEMORANDUM in Opposition by Plaintiff COF Training Services, Inc. re 12 MOTION to Dismiss (Murrow, Rodney) (Entered: 04/20/2007) |
| 05/01/2007 | 16 | Preliminary Witness & Exhibit List by Tyler Technologies, Inc., TACS, INC..(Otto, Theresa) (Entered: 05/01/2007) |

| | | |
|---|---|---|
| 05/01/2007 | 17 | Preliminary Witness & Exhibit List by COF Training Services, Inc..(Murrow, Rodney) (Entered: 05/01/2007) |
| 05/08/2007 | 18 | REPLY to Response to Motion by Defendants Tyler Technologies, Inc., TACS, INC. re: 12 MOTION to Dismiss *Reply in Support of Their Motion to Dismiss* (Otto, Theresa) (Entered: 05/08/2007) |
| 07/24/2007 | 19 | MOTION to Stay Discovery re 12 MOTION to Dismiss by Defendants Tyler Technologies, Inc., TACS, INC. (Otto, Theresa) (Entered: 07/24/2007) |
| 07/24/2007 | 20 | MEMORANDUM IN SUPPORT of 19 MOTION to Stay Discovery re 12 MOTION to Dismiss by Defendants Tyler Technologies, Inc., TACS, INC.(Otto, Theresa) (Entered: 07/24/2007) |
| 08/03/2007 | 21 | MEMORANDUM AND ORDER granting 12 Motion to Dismiss. See attached for more details. Signed by U.S. District Senior Judge Sam A. Crow on 8/3/07. (bmw) (Entered: 08/03/2007) |
| 08/03/2007 | 22 | JUDGMENT. In accordance with the Memorandum and Order 21, the motion of defendants' to dismiss is granted. Plaintiff shall take nothing, action is dismissed and defendants, TACS, INC. and Tyler Technologies, Inc., shall recover of plaintiff, COF Training Services, Inc., their costs of action. Signed by deputy clerk on 8/3/07.(bmw) (Entered: 08/03/2007) |
| 08/31/2007 | 23 | NOTICE OF APPEAL as to 22 Judgment,, Terminating Case, by Plaintiff COF Training Services, Inc.. Filing fee $ 455, Credit Card Receipt Number 1029461. (Murrow, Rodney) (Entered: 08/31/2007) |
| 09/04/2007 | 24 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 23 Notice of Appeal (Attachments: # 1 Letter to Clerk) (ms) (Entered: 09/04/2007) |
| 09/10/2007 | 25 | RECEIPT FROM 10CCA of Preliminary Record on Appeal re 23 Notice of Appeal, Appeal No. 07-3263 (ms) (Entered: 09/11/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/26/2007 13:30:59 | | |
| PACER Login: | rm1283 | Client Code: |

| Description: | Docket Report | Search Criteria: | 5:06-cv-04144-SAC-KGS |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

COF TRAINING SERVICES, INC.,

    Plaintiff,

vs.                              Civil Case No. 06-4144-SAC

TACS, INC. and
TYLER TECHNOLOGIES, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order (Dk. 21) filed on August 3, 2007, the motion of defendants' to dismiss is granted.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that the defendants, TACS, Inc. and Tyler Technologies, Inc., recover of the plaintiff, COF Training Services, Inc., their costs of action.

Dated: August 3, 2007        INGRID CAMPBELL, ACTING CLERK

                                    By  s/ Brenda M. Wessel
                                          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COF TRAINING SERVICES, INC., )
)
      Plaintiff )
)
vs. ) Case No. 06-4144-SAC
)
TACS, INC. and )
TYLER TECHNOLOGIES, INC. )
)
      Defendants )
_____ )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff COF Training Services, Inc. hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment entered on an order granting Defendants' motion to dismiss entered in this action on August 3, 2007.

Law Office of
RODNEY K. MURROW, P.A.

/s/ Rodney K. Murrow
Rodney K. Murrow, Esq. #14573
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, Kansas 66215
(913) 227-0100
(913) 227-0149 Facsimile
MurrowLaw@aol.com
www.MurrowLaw.com
ATTORNEY FOR PLAINTIFF

Page 1 of 2

**Certificate of Electronic Filing**

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Theresa A. Otto
Molly B. Westering
BATY, HOLM & NUMRICH
4600 Madison Ave., Suite 210
Kansas City, MO 64112
Telephone: 816-531-7200
FAX: 816-531-7201


/s/ Rodney K. Murrow
ATTORNEY FOR PLAINTIFF