# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 02, 2007 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Rodney K. Murrow
Law Office Of Rodney K Murrow
Commerce Bank Bldg
8700 Monrovia Ste 208
Lenexa, KS 66215

**RE:** 07-3263, COF Training v. TACS, et al
Dist/Ag docket: [5:06-cv-04144-SAC]

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.1(A) and 10.1(B).

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Theresa A. Otto
    Molly B Westering