CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE

1823 STOUT STREET

DENVER, COLORADO 80257

DAVID W. AEMMER
CHIEF CIRCUIT MEDIATOR

TELEPHONE  303 844-6017
FACSIMILE   303 844-6437

LANCE OLWELL
KYLE ANN SCHULTZ
CIRCUIT MEDIATORS

October 1, 2007

Rodney K. Murrow
Attorney at Law
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, KS 66215

Molly B. Westering, Esq.
Theresa A. Otto, Esq.
Baty Holm & Numrich, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112

RE: No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a mediation conference has been scheduled in this case. This office will initiate a **TELEPHONE CONFERENCE CALL** on Wednesday, October 17, 2007 at 10:00 a.m. **MOUNTAIN DAYLIGHT TIME**. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are understood to be the lawyers with primary responsibility for this case. Please contact this office **BY TELEPHONE IMMEDIATELY** if we need to notify different or additional lawyers or if you need to have the conference rescheduled because of an unavoidable conflict. Also, please notify this office if you think it would be helpful to suspend production of transcript until after the mediation conference.

Participation in the conference by cell phone is not permitted.

Sincerely,

*Rose Giacinti*

Rose Giacinti
Conference Administrator