UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

COF Training Services, Inc.,

    Appellant

vs.

TACS, INC., and
TYLER TECHNOLOGIES, INC.

    Appellees

Case No. 07-3263

    In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for COF Training Services, Inc., Appellant in the subject case(s).

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

X    There are no such parties, or any such parties have heretofore been disclosed to the court.

/S/Rodney K. Murrow
Rodney K. Murrow
8700 Monrovia, Suite 208
Lenexa, KS 66215
(913) 227-0100
(913) 227-0149 Fax
E-Mail: MurrowLaw@aol.com

    I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on _October 15, 2007_ I, Rodney K. Murrow hereby certify that on October 11, 2007 I sent a copy of the foregoing Docketing Statement, to: Theresa A. Otto, at BATY, HOLM & NUMRICH, 4600 Madison Ave., Suite 210, Kansas City, MO 64112, the last known address, by way of United States mail or courier.

                                            /S/ Rodney K. Murrow
                                            Rodney K. Murrow

A-5  Entry of Appearance Form 6/03