CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE

1823 STOUT STREET

DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER** | TELEPHONE  303 844-6017 | **LANCE OLWELL** |
| CHIEF CIRCUIT MEDIATOR | FACSIMILE   303 844-6437 | **KYLE ANN SCHULTZ** |
| | | CIRCUIT MEDIATORS |

December 6, 2007

Rodney K. Murrow                        Molly B. Westering, Esq.
Attorney at Law                         Theresa A. Otto, Esq.
Commerce Bank Building                  Baty Holm & Numrich, PC
8700 Monrovia, Suite 208                4600 Madison Avenue, Suite 210
Lenexa, KS 66215                        Kansas City, MO 64112


RE:  No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing appellant's brief is extended 30 days.  The appellant's brief and appendix must be filed by **December 26, 2007.**

     Sincerely,

     LANCE OLWELL

     *Rose Giacinti*

     by:  Rose Giacinti


LO:rg