CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE

1823 STOUT STREET

DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER** | TELEPHONE  303 844-6017 | **LANCE OLWELL** |
| CHIEF CIRCUIT MEDIATOR | FACSIMILE  303 844-6437 | **KYLE ANN SCHULTZ** |
| | | CIRCUIT MEDIATORS |

December 20, 2007

| | |
|---|---|
| Rodney K. Murrow | Molly B. Westering, Esq. |
| Attorney at Law | Theresa A. Otto, Esq. |
| Commerce Bank Building | Baty Holm & Numrich, PC |
| 8700 Monrovia, Suite 208 | 4600 Madison Avenue, Suite 210 |
| Lenexa, KS 66215 | Kansas City, MO 64112 |

RE:  No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing appellant's brief is extended 21 days.  The appellant's brief and appendix must be filed by **January 16, 2008.**

Sincerely,

LANCE OLWELL

*Rose Giacinti*

by:  Rose Giacinti

LO:rg