CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE  303 844-6017<br>FACSIMILE   303 844-6437 | **LANCE OLWELL**<br>**KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATORS |

January 22, 2008

| | |
|---|---|
| Rodney K. Murrow<br>Attorney at Law<br>Commerce Bank Building<br>8700 Monrovia, Suite 208<br>Lenexa, KS 66215 | Molly B. Westering, Esq.<br>Theresa A. Otto, Esq.<br>Baty Holm & Numrich, PC<br>4600 Madison Avenue, Suite 210<br>Kansas City, MO 64112 |

RE:  No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing appellant's brief is extended 16 days.  The appellant's brief and appendix must be filed by **February 1, 2008.**

     Sincerely,

     LANCE OLWELL

     by:  Rose Giacinti

LO:rg