# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 11, 2008

Douglas E. Cressler
Chief Deputy Clerk

Mr. Rodney K. Murrow
Law Office Of Rodney K Murrow
Commerce Bank Bldg
8700 Monrovia Ste 208
Lenexa, KS 66215

**RE:**    **07-3263, COF Training v. TACS, et al**
Dist/Ag docket: 5:06-cv-04144-SAC

Dear Counsel:

Appellant's brief and appendix have not been timely filed in the subject case. Unless the brief and appendix are filed within 10 calendar days after the date of this letter, the appeal will be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:    Theresa A. Otto
       Molly B Westering