CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE

1823 STOUT STREET

DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER** | TELEPHONE  303 844-6017 | **LANCE OLWELL** |
| CHIEF CIRCUIT MEDIATOR | FACSIMILE   303 844-6437 | **KYLE ANN SCHULTZ** |
| | | CIRCUIT MEDIATORS |

February 11, 2008

Rodney K. Murrow  
Attorney at Law  
Commerce Bank Building  
8700 Monrovia, Suite 208  
Lenexa, KS 66215

Molly B. Westering, Esq.  
Theresa A. Otto, Esq.  
Baty Holm & Numrich, PC  
4600 Madison Avenue, Suite 210  
Kansas City, MO 64112

RE:  No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing appellant's brief is extended 24 days.  The appellant's brief and appendix must be filed by **February 25, 2008.**

Sincerely,

LANCE OLWELL

by:   Rose Giacinti

LO:rg