**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 11, 2008

Douglas E. Cressler
Chief Deputy Clerk

Mr. Rodney K. Murrow
Law Office Of Rodney K Murrow
Commerce Bank Bldg
8700 Monrovia Ste 208
Lenexa, KS 66215

**RE:**   07-3263, COF Training v. TACS, et al
         Dist/Ag docket: 5:06-cv-04144-SAC

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Theresa A. Otto
      Molly B Westering