Appellate Case: 07-3263     Document: 14-1     Date Filed: 02/11/2008     Page: 1

FILED
United States Court of Appeals
Tenth Circuit

February 11, 2008

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| COF TRAINING SERVICES, INC., | |
| Plaintiff - Appellant, | |
| v. | No. 07-3263 |
| TACS, INC.; TYLER TECHNOLOGIES, INC., | |
| Defendants - Appellees. | |

---

ORDER

---

This Court, in order to correct a clerical error in the issuance of a deficiency notice dated February 11, 2008, hereby rescinds that deficiency notice.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk