**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 11, 2008

Douglas E. Cressler
Chief Deputy Clerk

Mr. Rodney K. Murrow
Law Office Of Rodney K Murrow
Commerce Bank Bldg
8700 Monrovia Ste 208
Lenexa, KS 66215

**RE:**     **07-3263, COF Training v. TACS, et al**
            Dist/Ag docket: 5:06-cv-04144-SAC

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                            Sincerely,

                                            *Elisabeth A. Shumaker*

                                            Elisabeth A. Shumaker
                                            Clerk of the Court

cc:     Theresa A. Otto
        Molly B Westering