**CIRCUIT MEDIATION OFFICE**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER** | TELEPHONE  303 844-6017 | **LANCE OLWELL** |
| CHIEF CIRCUIT MEDIATOR | FACSIMILE  303 844-6437 | **KYLE ANN SCHULTZ** |
| | | CIRCUIT MEDIATORS |

February 27, 2008

| | |
|---|---|
| Rodney K. Murrow | Molly B. Westering, Esq. |
| Attorney at Law | Theresa A. Otto, Esq. |
| Commerce Bank Building | Baty Holm & Numrich, PC |
| 8700 Monrovia, Suite 208 | 4600 Madison Avenue, Suite 210 |
| Lenexa, KS 66215 | Kansas City, MO 64112 |

RE:  No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing appellant's brief is extended 14 days.  The appellant's brief and appendix must be filed by **March 10, 2008.**

     Sincerely,

     LANCE OLWELL

     *Rose Giacinti*

     by:  Rose Giacinti

LO:rg