CIRCUIT MEDIATION OFFICE

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER**<br>CHIEF CIRCUIT MEDIATOR | TELEPHONE  303 844-6017<br>FACSIMILE   303 844-6437 | **LANCE OLWELL**<br>**KYLE ANN SCHULTZ**<br>CIRCUIT MEDIATORS |

March 26, 2008

Rodney K. Murrow
Attorney at Law
Commerce Bank Building
8700 Monrovia, Suite 208
Lenexa, KS 66215

Molly B. Westering, Esq.
Theresa A. Otto, Esq.
Baty Holm & Numrich, PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112

RE:  No. 07-3263 - COF Training Services, Inc. v. TACS, Inc., et al.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing appellant's brief is extended 14 days.  The appellant's brief and appendix must be filed by **April 7, 2008.**

No further extensions will be granted by this office.

Sincerely,

LANCE OLWELL

*Rose Giacinti*
by:  Rose Giacinti


LO:rg