**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| COF TRAINING SERVICES, INC., | |
| Plaintiff - Appellant, | |
| v. | No. 07-3263 |
| TACS, INC.; TYLER TECHNOLOGIES, INC., | |
| Defendants - Appellees. | |

---

**STIPULATION TO DISMISS**

---

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice. Each party shall bear its own costs on appeal.

s/ Rodney K. Murrow
RODNEY K. MURROW, Esq.
Attorney for Plaintiff-Appellant
COF Training Services, Inc.

Street Address:
Telephone Number:
Email Address:

        <u>s/*Theresa A. Otto*</u>
        THERESA A. OTTO, Esq.
        Attorney for Defendant-Appellee
        TACS, Inc. and Tyler Technologies, Inc.

Street Address:

Telephone Number:

Email Address:

**CERTIFICATE OF DIGITAL SUBMISSION**

With the exception of all privacy redactions required by the 10th Circuit General Order of August 10, 2007 regarding electronic filing, every document submitted in electronic form is an exact copy of the written document filed with the Clerk, and it has been scanned for viruses with the most recent version of a commercial virus scanning program Norton Antivirus 2008, updated continuously and, according to the program, is free of viruses.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, a true and correct copy of the foregoing **Stipulation to Dismiss** was sent to the persons listed below in the manner indicated (check box):

☐ by U.S. mail;
☐ by third-party commercial carrier for delivery within 3 calendar days;
☐ by personal delivery, including delivery to a responsible person at the office of counsel;
X by digital submission in native PDF format (please include email address(es) below).

s/ Rodney K. Murrow
Signature
Street Address:
Email address: