# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 08, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Timothy M. O'Brien
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683

Mr. Rodney K. Murrow
Law Office Of Rodney K Murrow
Commerce Bank Bldg
8700 Monrovia Ste 208
Lenexa, KS 66215

Ms. Theresa A. Otto
Molly B Westering
Baty Holm Numrich Pc Kc
210 Plaza West Building
4600 Madison Avenue
Kansas City, MO 64112

**RE:     07-3263, COF Training v. TACS, et al**
        Dist/Ag docket: 5:06-cv-04144-SAC

Dear Clerk and Counsel:

Please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

          Sincerely,

          Elisabeth A. Shumaker
          Clerk of the Court